UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY CARDENAS, G36254,<br><br>      Plaintiff,<br><br>    v.<br><br>CALIFORNIA,<br><br>      Defendant(s). | Case No. 20-cv-07538-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

On February 2, 2021, the court dismissed plaintiff's "confusing if not outright unintelligible" prisoner complaint under 42 U.S.C. § 1983 with leave to amend to file a simple and concise amended complaint that makes clear "who is being sued, for what relief, and on what theory . . . ." ECF No. 11 at 1, 2 (citation and internal quotation marks omitted).  And because the complaint appears to be directed at a host of private individuals, the court reminded plaintiff that "a private individual does not act under color of state law, an essential element of a § 1983 action." Id. at 2 (citing Gomez v. Toledo, 446 U.S. 635, 640 (1980)).

On February 18, 2021, plaintiff filed an amended complaint the clerk docketed as a letter. See ECF No. 12.  The amended complaint makes clear that plaintiff's allegations are directed at "Crystal Ann Cardenas," a private individual who he claims falsely accused him of "touch[ing] her 3 year old privately totally false." Id. at 1. But because purely private conduct, no matter how wrongful, is not covered under § 1983, see Outzs v. Maryland Nat'l Ins. Co., 505 F.2d 547, 550 (9th Cir. 1974), plaintiff's allegations fail to state a claim upon which relief may be granted and this action must be DISMISSED with prejudice under the authority of 28 U.S.C. § 1915A(b).

The clerk is directed to close the file and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated:  March 11, 2021

                                                  CHARLES R. BREYER<br>                                                United States District Judge